# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Darryl L. Jones,<br><br>        Petitioner<br><br>v.<br><br>Brian Williams, Sr., et al,<br><br>        Respondents | 2:13-cv-02235-JAD-GWF<br><br><br>**Order Directing Answer** |

In this habeas corpus action, on May 28, 2015, the court ruled on respondents' motion to dismiss, finding several claims in Darryl L. Jones's habeas petition to be unexhausted in state court (Doc. 32). On June 17, 2015, Jones filed a notice (Doc. 33), stating that he wishes to abandon all his unexhausted claims and proceed to litigate in this case the seven claims found by the court to be exhausted.

By this order, the court hereby accepts Jones's abandonment of his unexhausted claims and dismisses those claims without prejudice. The court also sets a schedule for further proceedings regarding the remaining, exhausted claims in Jones's habeas petition.

IT IS THEREFORE ORDERED that the following claims in petitioner's petition for writ of habeas corpus (Doc. 4) have been **abandoned** by petitioner and are **dismissed without prejudice**: Grounds 2, 3, 5, 7, 8, 9, 10, 12, 13, 15, 16, 17, 18, 19, 20, 21, 22 (regarding alleged ineffective assistance of appellate counsel), 23, 24, 25, 26, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, and 39.

IT IS FURTHER ORDERED that, **with respect to the remaining claims** in the petition for writ of habeas corpus—Grounds 1, 4, 6, 11, 14, 22 (regarding alleged ineffective assistance of trial counsel), and 27—**respondents have until August 18, 2015, to file and serve an answer.** Petitioner will have 60 days following the filing and service of respondents' answer to file a reply.

Dated this 19th day of June, 2015.

_____
Jennifer A. Dorsey
United States District Judge