UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DARRYL L. JONES,

    Petitioner

v.

BRIAN WILLIAMS, SR., *et al.*,

    Respondents

2:13-cv-02235-JAD-GWF

**Order Extending Deadline for Response**

In this habeas corpus action, the respondents were due to file an answer, responding to the remaining claims in Darryl L. Jones' petition for writ of habeas corpus, by August 18, 2015. *See* Order entered June 19, 2015 (Doc. 34).

On August 18, 2015, respondents moved for a 45-day extension of time (Doc. 35) to file and serve their answer to the remaining grounds in the petition. The extension would make the anser due October 2, 2015. Respondents' counsel states that the extension of time is necessary because of her responsibilities in other cases. The court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the requested extension of time.

IT IS THEREFORE ORDERED that respondents' Motion for Enlargement of Time **(Doc. 35) is GRANTED. Respondents have until October 2, 2015, to file and serve an answer** as described in the Order entered June 19, 2015 (Doc. 34). Petitioner will have 60 days after respondents file their answer to file a reply.

Dated this 18th day of August, 2015

_____
Jennifer A. Dorsey
United States District Judge