# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARRYL L. JONES,

    Petitioner,                                     2:13-cv-02235-JAD-GWF

vs.

**ORDER**

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

_____/

    In this habeas corpus action, the respondents filed an answer on November 2, 2015 (ECF 39). The *pro se* petitioner, Nevada prisoner Darryl L. Jones, then had until January 4, 2016, to file a reply. *See* Order entered October 2, 2015 (ECF 38) (60 days for reply). Jones did not file a reply by that date. The court will, *sua sponte*, extend the time for Jones' reply. Given the length of this extension of time, however, the court will not look favorably upon any motion to further extend this deadline.

    **IT IS THEREFORE ORDERED** that the time for petitioner to file a reply to respondents' answer is extended to **March 25, 2016**.

    Dated this 5th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE