UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Darryl L. Jones, | 2:13-cv-02235-JAD-GWF |
| Petitioner | **Order re: Motion for Extension and Motion to Use Government's Exhibits** |
| v. | [ECF 44, 45] |
| Brian Williams, Sr., et al., | |
| Defendants | |

In this federal habeas action, the respondents filed an answer on November 2, 2015. ECF 39. The *pro se* petitioner, Nevada prisoner Darryl L. Jones, then had until January 4, 2016, to file a reply. *See* ECF 38 (order entered October 2, 2015, giving 60 days for reply). Jones did not file a reply by the October 2nd deadline, so on January 5, 2016, I *sua sponte* extended the time for Jones's reply to March 25, 2016. ECF 41.

**A.     Motion to Extend Time for Reply [ECF 44]**

Three days later, Jones filed a motion for extension of time for his reply. ECF 42. That motion was moot because I already extended the time for the reply to March 25, 2016, and I denied Jones's motion for extension of time on that ground on January 13, 2016. ECF 43.

Then January 25, 2016, Jones filed another motion for extension of time for his reply. ECF 44. That motion is also moot because I have already given him to March 25, 2016, to file his reply, and I deny it on that ground.

**B.     Motion to Use Government's Exhibits [ECF 45]**

On January 25, 2016, Jones also filed a Motion to Use Government's Exhibits, requesting leave of court to refer to and rely upon in his reply the exhibits filed by the respondents. ECF 45. Jones does not need the court's permission to use these documents. In a habeas case, the petitioner may refer to and rely upon the respondents' exhibits; duplicates of the respondents' exhibits should not be filed. To avoid any confusion in this regard, however, I grant this motion to make it clear to Jones that he may rely upon and refer to the respondents' exhibits when drafting his reply.

## Conclusion

IT IS THEREFORE ORDERED that **petitioner's motion for extension of time [ECF 44] is DENIED** as moot. **Jones's reply is due by March 25, 2016**.

IT IS FURTHER ORDERED that **petitioner's Motion to Use Government's Exhibits [ECF 45] is GRANTED.** Jones may refer to and rely upon the respondents' exhibits when drafting his reply.

Dated this 26th day of January, 2016

_____
Jennifer A. Dorsey
United States District Judge